CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 04 2019
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION
APRIL 2019 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:19-cr-7 |
| | ) | |
| v. | ) | |
| | ) | **INDICTMENT** |
| | ) | |
| ANTHONY WAYNE EASTERLING, JR | ) | **In Violation of:** |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 924(c) |
| | ) | 18 U.S.C. § 922(g)(1) |

## COUNT ONE

The Grand Jury charges:

1. On or about December 30, 2018, in the Western Judicial District of Virginia, the defendant, ANTHONY WAYNE EASTERLING, JR, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, which had previously been shipped and transported in interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The Grand Jury further charges:

1. That on or about January 19, 2019, in the Western Judicial District of Virginia, the defendant, ANTHONY WAYNE EASTERLING, JR, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and

1

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE

The Grand Jury further charges:

1. That on or about January 19, 2019, in the Western Judicial District of Virginia, the defendant, ANTHONY WAYNE EASTERLING, JR, knowingly possessed a firearm, to wit a 20 gauge shotgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as set forth in Count Two of this Indictment.

2. All in violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR

The Grand Jury further charges:

1. On or about January 19, 2019, in the Western Judicial District of Virginia, the defendant, ANTHONY WAYNE EASTERLING, JR, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit a 20 gauge shotgun, which had previously been shipped and transported in interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

   c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

   d. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **Money Judgment**

      An undetermined sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

   b. **Firearms**

   1) Heritage MFG, model Rough Rider, .22 caliber revolver, SN: C04652
   2) Arcus, model 98DAC, 9mm pistol, SN: 401247
   3) Colt, model commander, .45 caliber pistol, SN: CJ17131
   4) American Tactical, model Omni Hybrid, 5.56 mm Rifle, SN: NS147438
   5) Remington, model 770, .30-06 caliber Rifle, SN: M71941117

6) Armscor, 12 gauge shotgun, SN: 692252
7) Remington, model 870 Express, 12 gauge shotgun, SN: B751734M
8) Remington, model 870 shotgun, 16 gauge shotgun, SN: 343383W
9) Ruger, model American Rifle, .308 caliber rifle, SN: 699-05247
10) Taurus, model Judge, .45/410 caliber revolver, SN: KY357060
11) Taurus, model PT738 TCP, .380 caliber pistol, SN: 16996C
12) Springfield, model XDS, 9mm pistol, SN: S3765402
13) Savage, model 6D, .22 caliber rifle, SN: N/A
14) Savage, model 245-E, .22/.410 caliber rifle, SN: N/A
15) Single Shot 20 gauge shotgun, model: NA, SN: N/A
16) Remington, model 870, 12 gauge shotgun, SN: 1971817V
17) Bushmaster, model XM15-E2S, .223 caliber rifle, SN: BFIT020156
18) Smith & Wesson, model M&P 45 Shield, .45 caliber pistol, SN: HXA5765
19) All ammunition, magazines, and accessories associated with these firearms

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this 4th day of April, 2019.

_____
THOMAS T. CULLEN
UNITED STATES ATTORNEY

s/Grand Jury Foreperson
FOREPERSON