FILED IN OPEN COURT
DATE 12/4/19
BY
DEPUTY CLERK
DIVISION, W.D of VA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 4:19CR00007 |
| | : |
| ANTHONY WAYNE EASTERLING, JR.: | |

## AGREED STATEMENT OF FACTS

The events leading to Counts Two and Four of the Indictment occurred on January 19, 2019, in the City of Martinsville, in the Western District of Virginia. That evening, Mr. Easterling was observed driving an SUV. Police then stopped him because of outstanding arrest warrants. Mr. Easterling was alone in the vehicle at the time of the stop. Because there was no one else in the vehicle to drive it away after Mr. Easterling's arrest, the vehicle had to be towed. This, in turn, required an inventory of the vehicle. Inventorying, officers quickly discovered what appeared to be illegal narcotics in a box on the front passenger seat of Mr. Easterling's vehicle. Based on this discovery, officers then obtained a search warrant for the vehicle.

Searching Mr. Easterling's vehicle pursuant to the warrant, officers determined that drugs on the front seat were in fact approximately 140 grams of methamphetamine mixture, an amount consistent with distribution. These drugs were later sent to the lab for analysis and determined to indeed be methamphetamine, more than 50 grams. Of note, Mr. Easterling had approximately $3,200 in cash on his person.

Behind the driver's seat, officers discovered a 20 gauge shotgun. The shotgun was a firearm, designed to expel a projectile by means of an explosion. It had moved in interstate or foreign commerce. At the time of this stop, Mr. Easterling had already been convicted of a crime punishable by more than one year of incarceration, and was aware that he had been so convicted.

Mr. Easterling was advised of his *Miranda* rights, claimed the drugs, and admitted that he had them to sell.

**I agree that this is a correct statement of the facts that the United States would have proved, had this matter gone to trial.**

_____
Anthony Wayne Easterling
Defendant

_____                    _____
Randy Cargill, Esq.                                Assistant United States Attorney
Counsel for Defendant